UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA VAZQUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARYLAND MARKETSOURCE, INC., A MARYLAND CORPORATION; AND DOES 1 TO 25, INCLUSIVE<br><br>　　　　Defendants. | CASE NO.: 22CV1070-JAH-DDL<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR FILING OF FIRST AMENDED COMPLAINT**<br><br>State Complaint Filed: June 17, 2022<br>Date of Removal: July 22, 2022<br>Trial Date: None |

///

///

The Court having reviewed the parties' Joint Stipulated Motion for Filing of First Amended Complaint, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff Alejandra Vazquez is granted leave to file her First Amended Complaint.[1]

IT IS ALSO HEREBY ORDERED that Defendant Maryland MarketSource, Inc.'s Answer to the original Complaint (ECF 4) is deemed responsive to Plaintiff's First Amended Complaint.

IT IS FURTHER ORDERED that the First Amended Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.

Dated:  September 30, 2022

_____
Hon. John A. Houston
United States District Judge

---

[1] Plaintiff's First Amended Complaint was filed as Exhibit A to ECF No. 11.